# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:04CR39 |
| V. | ORDER |
| TIMOTHY DAVIS | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No.481) Motion to Seal First Step Act Motion

**IT IS ORDERED**, that Defendant's Motion (Doc. No.481) is **GRANTED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge